AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

RH Kids, LLC,

          Plaintiff,

v.

MTC Financial, Inc., et al.,

          Defendants.

JUDGMENT For ATTORNEY FEES IN A CIVIL CASE

Case Number: 2:22-cv-01999-GMN-BNW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment entered awarding Plaintiff $3,375.00 in attorney's fees.

 

1/13/2023  
Date

DEBRA K. KEMPI  
Clerk

/s/ T. Roush-Wallace  
Deputy Clerk